**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| GERALD S. LEPRE, JR. AND JESSICA L. LEPRE, | : No. 53 WAL 2023 |
| | : |
| Petitioners | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| BMW OF NORTH AMERICA, LLC AND SEWICKLEY CAR STORE, INC. D/B/A SEWICKLEY BMW, | : |
| | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.